UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 6:25-cr-278-AGM-RMN

EDWIN GUERRERO

AUSA: Noah Dorman

Defense Attorney: Vitaliy Kats, Federal Public Defender

| | | | |
|---|---|---|---|
| Judge:<br><br>Courtroom: | **ROBERT M. NORWAY**<br>United States Magistrate Judge<br><br>4C | Date and Time:<br><br>Total Time: | **March 23, 2026**<br>2:02 P.M.-2:26 P.M.<br><br>24 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

CLERK'S MINUTES
**Guilty Plea Hearing**

Case called, appearances made, procedural setting by the Court.
Defendant placed under oath.
Court inquires of the defendant. No issue as to competency.
Defendant consents to have the Magistrate judge take his plea.
The Court summarizes the charge in the Indictment.
Court advises defendant of his rights and reviews the Notice of maximum penalty, elements of offense, personalization of elements and factual basis as stated on the record.

Defendant acknowledges that the factual basis is true and enters a plea of guilty.
Court receives the guilty plea and will enter a Report and Recommendation.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Defendant remains in custody pending sentencing.
Court adjourned.