**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:25-cr-278-AGM-RMN**

**EDWIN GUERRERO**

| | | | |
|---|---|---|---|
| **JUDGE:** | Anne-Leigh Gaylord Moe | **COUNSEL FOR GOVERNMENT:** | Courtney Richardson-Jones |
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | James Skuthan |
| **COURT REPORTER:** | Koretta Stanford<br>courtreporterstanford@gmail.com | **PRETRIAL/PROBATION:** | Jennifer Trittipo |
| **SCHEDULED DATE/TIME:** | September 22, 2026<br>3:14pm-5:57pm<br>**Total Time: 2 hours, 43 mins** | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

Defendant placed under oath.
R.F. makes unsworn statement.
Defense makes ore tenus motion for recusal.
Court denies motion for the reasons stated on the record.
Defense makes renewed ore tenus motion for recusal.
Court denies renewed motion for reasons stated on the record.

**SENTENCE IMPOSED as to Counts One and Two of the Indictment.**

**INCARCERATION**: **119 MONTHS**. This term consists of a 4-year 11-month term as to Count One and a 5-year term as to Count Two, all such terms to run consecutively

**SUPERVISED RELEASE**: **3 YEARS**. This term consists of a 3-year term as to Count One and a 3-year term as to Count Two, all such terms to run concurrently.

*Special conditions of Supervised Release:*
Drug aftercare conditions imposed.
Mental health conditions imposed.
No contact, direct or indirect, with victims identified in Counts One and Two (R.F., J.F., and D.F.)
Computer restrictions imposed
Search conditions imposed.
Defendant shall cooperate in the collection of DNA.

Mandatory drug testing requirements are imposed.

**FINE: $30,000.** $15,000 as to Count One and $15,000 as to Count Two.

**SPECIAL ASSESSMENT:** $200.00 is due immediately.

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The Court recommends to the Bureau of Prisons that the defendant:

1. Be placed at FCI Fort Dix or FCI Danbury for familial proximity.
2. Participate in the Residential Drug Abuse Program (RDAP).
3. Receive mental health treatment and a psychiatric evaluation.
4. Receive substance abuse treatment.
5. Participate in any available vocational programs to include programs relating to coding and blueprint design.

Defendant advised of right to appeal.